IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

----------------------------------------------------------X
:
AMICA MUTUAL INS. CO.                :         3:13 CV 837 (JBA)
:
V.                                                          :
:
MICHELLE LEVINE                        :         DATE: APRIL 20, 2015
:
----------------------------------------------------------X

RULING FOLLOWING IN CAMERA REVIEW

On June 12, 2013, plaintiff filed this declaratory judgment lawsuit against defendant (Dkt. #1), for which defendant filed her answer, affirmative defenses, and counterclaim on March 14, 2014. (Dkt. #23). On October 22, 2014, U.S. District Judge Janet Bond Arterton referred this file to this Magistrate Judge for discovery purposes. (Dkt. #36). Under the Scheduling Order, filed March 16, 2014 (Dkt. #47), all discovery is to be completed by August 3, 2015;[1] after a pre-filing conference has been held before Judge Arterton, all dispositive motions are to be filed by September 4, 2015; and if no dispositive motions are filed, then the Joint Trial Memorandum is due on or before September 18, 2015.

Familiarity is presumed with this Magistrate Judge's Ruling on Defendant's Motion to Compel, filed February 12, 2015 (Dkt. #45)["February 2015 Discovery Ruling"], 2015 WL 630966, which concerned thirty-four of the forty-four discovery requests that had been served upon plaintiff. 2015 WL 630966, at *1. The February 2015 Discovery Ruling granted defendant's motion in part with respect to Requests for Production Nos. 7, 14 and 18, "to the extent that plaintiff shall provide copies of relevant portions of training manuals, educational

---

[1]In her objection to this electronic endorsement, filed the same day (Dkt. #48), defendant asks that the discovery deadline be postponed until September 1, 2015. (At 3). To the extent that the parties are unable to meet the August 3, 2015 deadline, defendant may seek a one-month extension of all deadlines at a later point.

materials, and written instructions used in connection with the processing of defendant's Med Pay claim to this Magistrate Judge's Chambers for her in camera review."  Id. at *2. Similarly, the February 2015 Discovery Ruling granted defendant's motion in part with respect to Request for Production No. 11, "to the extent that plaintiff shall forward to this Magistrate Judge's Chambers for her in camera review the personnel files of plaintiff's employees who were substantially involved in the evaluation of defendant's Med Pay claim." Id. at *3.  The ruling further speculated regarding the personnel files that "It is unlikely that any of these materials will be relevant to defendant's claims here."  Id. at *3, n.7.

On April 15, 2015, plaintiff forwarded to this Magistrate Judge's Chambers approximately 0.5 inches of documents from its internal Intranet, responsive to Requests for Production Nos. 7, 14 and 18.  Plaintiff also forwarded copies of the personnel records of two employees, approximately 1.5 inches thick, responsive to Request for Production No. 11.

After a careful in camera review of these documents, the Magistrate Judge concludes that none of them are relevant to any issues in this lawsuit and thus need not be produced to defendant.

Because this ruling is subject to review, see 28 U.S.C. § 636(b)**(written objections to ruling must be filed within fourteen calendar days after service of same);** FED. R. CIV. P. 6(a), 6(e) & 72; Rule 72.2 of the Local Rules for United States Magistrate Judges, United States District Court for the District of Connecticut; Small v. Secretary, H&HS, 892 F.2d. 15, 16 (2d Cir. 1989)**(failure to file timely objection to Magistrate Judge's recommended ruling may preclude further appeal to Second Circuit)**, these documents will remain in this Magistrate Judge's Chambers.  If either party files an objection to this ruling, then the documents will be filed **under seal** and forwarded to Judge Arterton's

Chambers for her <u>in camera</u> review.  If no objection is filed, then the documents will be returned to plaintiff's counsel.

This is not a Recommended Ruling, but a ruling on a non-dispositive motion, the standard of review of which is specified in 28 U.S.C. § 636; Fed. R. Civ. P. 6(a), 6(e) & 72; and Rule 72.2 of the Local Rules for United States Magistrate Judges.  As such, it is an order of the Court unless reversed or modified by the District Judge upon timely made objection.

Dated at New Haven, Connecticut, this 20th day of April, 2015.

    /s/ Joan G. Margolis, USMJ
Joan Glazer Margolis
United States Magistrate Judge